IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| David Bourke, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | No. 03 CV 7749 |
| -vs- | ) | |
| | ) | *(Judge Zagel)* |
| Village of Downers Grove, Illinois, | ) | |
| et al., | ) | |
| | ) | |
| | ) | |
| *Defendants.* | ) | |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDMENT TO THE COMPLAINT ADDING ADDITIONAL DEFENDANTS

Plaintiff, by counsel, requests that the Court grant him leave to file an amendment to the complaint (in the form annexed to this motion), to assert a claim for injunctive relief against the Director of the Illinois Department of Corrections and the Director of the Illinois State Police.

Grounds for this motion are as follows:

1. This lawsuit arises out of plaintiff's criminal conviction which was subsequently reversed outright.

2. Plaintiff asserts a Section 1983 claim against various police officers from the Village of Downers Grove and a supplemental state law attorney malpractice claim against the lawyers who represented him at trial.

3. One element of damages which plaintiff seeks in this case involves continuing harm to his ability to find gainful employment.

4. Plaintiff has sought to mitigate these damages by obtaining an order from the state court expunging the records of his arrest.

5. Notwithstanding the expungement order and the outright reversal, the Illinois Department of Corrections and the Illinois State Police continue to maintain in their official records the fact that plaintiff was convicted of ***. The Department of Corrections makes this information available on its freely accessible website; the Illinois State Police will provide this information in response to a request for plaintiff's criminal history.

6. Plaintiff has been unable to find full time employment and mitigate his damages because of the above referred disclosures.

WHEREFORE plaintiff requests that the Court grant him leave to file the annexed amendment to the complaint to add a claim for injunctive relief against the Director of the Illinois Department of Corrections and the Director of the Illinois State Police. Plaintiff also requests that the Court retroactively authorize the electronic filing of this motion and the amendment to the complaint in redacted form. (Copies of the redacted pleadings are attached to the copy of this motion filed in chambers.)

Respectfully submitted,


/s/ Kenneth N. Flaxman
_____

KENNETH N. FLAXMAN, #00339
ARDC No. 830399
200 South Michigan Avenue
Suite 1240
Chicago, Illinois 60604-2430

(312) 427-3200 (phone)
(312) 427-3930 (fax)
knf@kenlaw.com
*attorney for plaintiff*