UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

David Bourke
                                        Plaintiff,
v.                                                      Case No.: 1:03−cv−07749
                                                        Hon. James B. Zagel
Village of Downers Grove, Illinois, et al.
                                        Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 18, 2008:

MINUTE entry before Judge James B. Zagel : Motion hearing held on 1/18/2008. MOTION by Plaintiff David Bourke to amend/correct complaint by filing amendment to complaint, adding additional defendants [CORRECTED TO INCLUDE PROPOSED AMENDMENT] [26] is granted. Status hearing set for 2/19/2008 at 10:00 AM.Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.