# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

David Bourke

                                        Plaintiff,

v.                                                  Case No.: 1:03−cv−07749

                                                  Honorable James B. Zagel

Village of Downers Grove, Illinois, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 16, 2008:

      MINUTE entry before the Honorable James B. Zagel:Status hearing held on 12/16/2008. Claims of the state defendants are dismissed as moot. Director of Illinois Department of Corrections and Director of Illinois State Police terminated. Defendants expert report due 1/27/2009. Status hearing set for 2/18/2009 at 10:00 AM.Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.