IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAVID BOURKE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VILLAGE OF DOWNERS GROVE, ET AL., )<br>)<br>Defendants. ) | Case No.: 03 CV 07749<br><br>Honorable James B. Zagel |

**DEFENDANTS, WAYNE BRUCAR'S AND**
**<u>SCOTT CONGER'S MOTION FOR SUMMARY JUDGMENT</u>**

Defendants, Wayne Brucar ("Brucar") and Scott Conger ("Conger"), by their undersigned attorneys, hereby move this Honorable Court, pursuant to Federal Rule of Civil Procedure 56, to grant their Motion for Summary Judgment and enter judgment in their favor as to all relief sought in plaintiff's complaint against them, with prejudice and in support thereof state as follows:

1.   Brucar and Conger are entitled Summary Judgment under Rule 56 because plaintiff's claim for malpractice, as a result of professional judgment during jury selection, cannot be held as a matter of law and policy to be actionable malpractice or be the proximate cause of plaintiff's loss.

2.   Brucar and Conger are entitled Summary Judgment under Rule 56 because plaintiff's claim for malpractice, as a result of professional judgment during jury selection, is speculative as a matter of law.

3. Brucar and Conger are entitled Summary Judgment under Rule 56 for plaintiff's other claims for malpractice (other than the alleged negligent jury selection) because plaintiff has abandoned said claims by failing to provide expert opinion as to the standard of care.

4. Brucar and Conger incorporate their Memorandum in Support of Their Motion for Summary Judgment as fully set forth herein.

WHEREFORE, Wayne E. Brucar and Nathan Scott Conger respectfully request that this Court grant their Motion for Summary Judgment and enter judgment in their favor and against plaintiff, David Bourke, on all claims and causes of action.

Respectfully submitted,

WAYNE E. BRUCAR AND N. SCOTT CONGER

By:     s/Thomas P. McGarry
       Thomas P. McGarry

Thomas P. McGarry
Renée Kelly
Hinshaw & Culbertson LLP
222 N. LaSalle, Suite 300
Chicago, IL 60601
312-704-3000

6411815v1 893190 53471