**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.3**
**Eastern Division**

David Bourke
            Plaintiff,

v.               Case No.: 1:03–cv–07749
              Honorable James B. Zagel

Village of Downers Grove, Illinois, et al.
            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, September 3, 2009:

  MINUTE entry before the Honorable James B. Zagel:Defendants Brucar and Conger's motion for entry of judgment under Rule 54(b) [78] is denied, without prejudice, to refiling in 16 weeks.Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.