IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| David Bourke, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | No. 03 CV 7749 |
| -vs- | ) | |
| | ) | *(Judge Zagel)* |
| Village of Downers Grove, Illinois, et al., | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendants.* | ) | |

## STIPULATION TO DISMISS

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal of this action with prejudice and without costs as to the following defendants: The Village of Downers Grove, and present and former Downers Grove Police Officers Dutton, Polnik, Hutchens, Kucaba, Porter, Tessman, and Nels, Byrne, and Harrison.

/s/ *Kenneth N. Flaxman*

KENNETH N. FLAXMAN
ARDC No. 830399
200 S Michigan Ave Ste 1240
Chicago, IL 60604-2430

(312) 427-3200 (phone)
(312) 427-3930 (fax)
knf@kenlaw.com (email)

*attorney for plaintiff*


/s/ James L. DeAno (with consent)

_____
James L. DeAno, Esq.
Deano & Scarry LLC
2100 Manchester Rd., Ste A-101
Wheaton, IL 60187-4579
*attorney for defendants above named*

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of October, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: James L. DeAno, Esq., Deano & Scarry LLC, 2100 Manchester Rd., Ste A-101, Wheaton, IL 60187-4579, and Thomas P. McGarry, Esq. , Hinshaw & Culbertson, 222 N LaSalle St Ste 300, Chicago, IL 60601-1013, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: none.

/s/ Kenneth N. Flaxman
_____
Kenneth N. Flaxman
ARDC Number 08830399
200 S Michigan Ave, Ste 1240
Chicago, IL 60604-2430
(312) 427-3200 (phone)
(312) 427-3930 (fax)
knf@kenlaw.com (email)