**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.3**
**Eastern Division**

David Bourke
                              Plaintiff,

v.                                                     Case No.: 1:03−cv−07749
                                                               Honorable James B. Zagel

Village of Downers Grove, Illinois, et al.
                                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, October 16, 2009:

      MINUTE entry before the Honorable James B. Zagel:Status hearing held on 10/16/2009. On oral motion of plaintiff, the claims against defendant Director, Illinois State Police are hereby dismissed with prejudice and without costs. The amendment to the amended complaint is hereby withdrawn. Status hearing set for 12/18/2009 at 10:00 AM. Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.