UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.3
Eastern Division

David Bourke
        Plaintiff,

v.                Case No.: 1:03−cv−07749
                Honorable James B. Zagel

Scott Conger, et al.
        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 21, 2009:

  MINUTE entry before the Honorable James B. Zagel:Pursuant to stipulation, the claims against defendants Harrison; Hutchens; Kucaba; Nels; Polnik; Porter; Tessman; Village of Downers Grove, Illinois; Byrne and Dutton are hereby dismissed with prejudice and without costs.Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.