# United States District Court
## Northern District of Illinois
### Eastern Division

| | |
|---|---|
| DAVID BOURKE | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 03 C 7749 |
| SCOTT CONGER, et al | |

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that summary judgment is entered in favor of defendants Scott Conger and Wayne E. Brucar and against plaintiff David Bourke. All other claims are dismissed with prejudice and without costs pursuant to stipulation.

Michael W. Dobbins, Clerk of Court

Date: 10/26/2009 _____

/s/ Donald Walker, Deputy Clerk